Jacob R. Goodman 028816
MY ARIZONA LAWYERS, PLLC
dba MY AZ LAWYERS
1731 W. Baseline Road, Suite 101
Mesa, Arizona 85202-5730
Phone: (480) 833-8000
Fax:     (480) 478-0714
Email: jacob@myazlawyers.com
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DANIEL M. HENDERSON and<br>KATHRYN T. HENDERSON,<br><br>               Debtors. | In Proceedings Under Chapter 7<br><br>Case No.: 2:19-bk-08634-MCW<br><br>**OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| D Nationstar Mortgage LLC d/b/a Mr. Cooper, its assignees and/or successors,<br><br>               Movant<br>vs.<br><br>Daniel M. Henderson and Kathryn T. Henderson, Debtors; Dina Anderson, Chapter 7 Trustee,<br>               Respondents. | |

COMES NOW Debtors, by and through undersigned counsel and object to the Motion for Relief from the Automatic Stay filed by Nationstar Mortgage LLC d/b/a Mr. Cooper ("Movant") on the basis that the Debtors have been approved by Movant for a Loan Modification. An Affidavit to this effect by Daniel Henderson is attached as Exhibit 1. Paperwork from Movant approving the Loan Modification was not provided to the Debtors on account of their bankruptcy. Counsel for Debtors is attempting to acquire this paperwork.

**WHEREFORE**, Debtors object to the Movant's Motion for Relief from the Automatic Stay and move this Honorable Court to deny Movant's Motion.

Dated: September 14, 2019            /s/Jacob Goodman #028816
                                              Attorney for Debtors

A copy of the foregoing was mailed
On September 16, 2019 to:

Kristin McDonald, Esq. (027082)
LAKSHMI JAGANNATH
McCARTHY & HOLTHUS, LLP
8502 E. Via de Ventura, Suite 200
Scottsdale, AZ 85258

DINA ANDERSON
21001 N. TATUM BLVD., #1630-608
PHOENIX, AZ 85050

U.S. TRUSTEE
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003

-2-
Case 2:19-bk-08634-MCW    Doc 22    Filed 09/14/19    Entered 09/14/19 15:09:35    Desc
Main Document    Page 2 of 2